AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SHOLOM D. MINSKY <br> *Plaintiff* <br> v. <br> PLEASE SEE ATTACHED RIDER <br> *Defendant* | ) ) ) ) Civil Action No. CV-13-5332 ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PLEASE SEE ATTACHED RIDER

WEINSTEIN, J.

GOLD, M.J.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SHOLOM D. MINSKY
AKA DUBI MINSKY
1805 NEW YORK AVENUE
BROOKLY NY 11210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/25/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

DEFENDANT LIST

411 ROGERS AVENUE LLC 32 BROADWAY#4 BROOKLYN NY 11211

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY   400 SOUTH SECOND AVENUE MINNEAPOLIS MN 55401

ABRAHAM SOFER 32 BROADWAY, APT #4 BROOKLYN NY 11211

NEDIVA SCHWARTZ 1252 OCEAN PARKWAY, BROOKLYN NY 11230

ABRAHAM SHNEORSON BROOKLYN NY 11213

JOSEPH JUSEWITZ BROOKLYN NY

JON ARI LEFKOWITZ 1173 EAST 26TH STREET BROOKLYN NY 11210

CONTINENTAL CAPITAL GROUP LLC, 2 SKILLMAN STREET SUITE 205 BROOKLYN NY 11205

WOLF LANDAU 41 KEAP STREET BROOKLYN NY 11249

MORRIS TEMPLER 2108 AVENUE J BROOKLYN NY 11210

M.T.M. REALITY D/B/A MPORRIS TEMPLER 2108 AVENUE J BROOKLYN NY 11210

EXACT ABSTRACT INC. 1069 EAST 24TH STREET BROOKLYN NY 11210

WILLIAM ELBOGEN 1069 EAST 24TH STREET BROOKLYN NY 11210

JOHN DOE 1-30