# Tedd Blecher
**Counsellor at Law**

225 Broadway - Suite 3010
New York, New York 10007-3072
Telephone: (212) 732-1900 Cell (917)887-7150
Facsimile: (212) 732-1901 (212) 566-6769
b lecher225@gmail.com
August 19, 2015

By E-Mail

Hon. Jack Weinstein
Sr. United States District Judge
225 Cadman Plaza East
Brooklyn, New York  11201

        Re: Minsky v. 411 Rogers Avenue, LLC, et al.
         Civil Action No. 13 Civ 5332 (JBW)(SMG)

Dear Judge Weinstein:

  I represent the plaintiff Shalom D. Minsky in the above entitled matter.

  There are pending four motions for summary judgment against the plaintiff, the last of which was filed August 7, 2015.

  I have not been able to complete plaintiff's responses which are due today. I respectfully request an extension of time to August 26, 2015.

  Thank you,

            Sincerely,

            /s/ *Tedd Blecher*

            Tedd Blecher

TBB::dbm
HD 246w
cc::All counsel of Record
  Nediva Schwartz (regular mail)