# Tedd Blecher
**Counsellor at Law**

225 Broadway - Suite 3010
New York, New York 10007-3072
Telephone: (212) 732-1900 Cell (917)887-7150
Facsimile: (212) 732-1901 (212) 566-6769
b lecher225@gmail.com

August 19, 2015

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 2 0 2015 ★

BROOKLYN OFFICE

By E-Mail

Hon. Jack Weinstein
Sr. United States District Judge
225 Cadman Plaza East
Brooklyn, New York   11201

Re: Minsky v. 411 Rogers Avenue, LLC, et al.
Civil Action No. 13 Civ 5332 (JBW)(SMG)

Dear Judge Weinstein:

I represent the plaintiff Shalom D. Minsky in the above entitled matter.

There are pending four motions for summary judgment against the plaintiff, the last of which was filed August 7, 2015.

I have not been able to complete plaintiff's responses which are due today. I respectfully request an extension of time to August 26, 2015.

Thank you,

Sincerely,

/s/ *Tedd Blecher*

Tedd Blecher

TBB::dbm
HD 246w
cc::All counsel of Record
     Nediva Schwartz (regular mail)

*The Request is opposed by defendants. Postponements denied. So ordered.*
*JW 8/20/15*