UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHOLOM D. MINSKY, <br><br> Plaintiff, <br><br> – against – <br><br> 411 ROGERS AVENUE, LLC, ABRAHAM E. SOFER, JON ARI LEFKOWITZ, NEDIVA SCHWARTZ, NEDIVA SCHWARTZ a/k/a ABRAHAM SHNEORSON, WOLF LANDAU, MORRIS TEPLER, CONTINENTAL CAPITAL GROUP, LLC, WILLIAM ELBOGEN, OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, M.T.M. REALTY, EXACT ABSTRACT INC., JOHN DOE #1 THROUGH #10, and XYZ CORPORATIONS #1 THROUGH #10, <br><br> Defendants. | **ORDER** <br> 13-CV-5332 <br><br> FILED <br> IN CLERK'S OFFICE <br> U.S. DISTRICT COURT E.D.N.Y. <br> ★ SEP 08 2015 ★ <br> BROOKLYN OFFICE |

**JACK B. WEINSTEIN, Senior United States District Judge:**

For the reasons stated orally on the record, plaintiff's counsel's motion to withdraw is granted. *See* Hr'g Tr., Sept. 8, 2015.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: September 8, 2015
       Brooklyn, New York