FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 08 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLOM D. MINSKY,<br><br>      Plaintiff,<br><br>– against –<br><br>411 ROGERS AVENUE, LLC, ABRAHAM E. SOFER, JON ARI LEFKOWITZ, NEDIVA SCHWARTZ, NEDIVA SCHWARTZ a/k/a ABRAHAM SHNEORSON, WOLF LANDAU, MORRIS TEPLER, CONTINENTAL CAPITAL GROUP, LLC, WILLIAM ELBOGEN, OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, M.T.M. REALTY, EXACT ABSTRACT INC., JOHN DOE #1 THROUGH #10, and XYZ CORPORATIONS #1 THROUGH #10,<br><br>      Defendants. | ORDER AND JUDGEMENT<br>13-CV-5332 |

**JACK B. WEINSTEIN, Senior United States District Judge:**

  For the reasons stated orally on the record and the evidence in the record which has not been controverted, the motion for summary judgment of defendant Jon Ari Lefkowitz is granted. *See* Hr'g Tr., Sept. 8, 2015.

  The clerk of the court is directed to enter judgment against plaintiff and close the case with respect to this defendant.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: September 8, 2015
   Brooklyn, New York