```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHOLOM D. MINSKY,                                              JUDGMENT
                                                               13-CV- 5332 (JBW)
                            Plaintiff,

    -against-

411 ROGERS AVENUE, LLC, ABRAHAM
E. SOFER, JON ARI LEFKOWITZ,
NEDIVA SCHWARTZ, NEDIVA
SCHWARTZ a/k/a ABRAHAM
SHNEORSON, WOLF LANDAU, MORRIS
TEPLER, CONTINENTAL CAPITAL
GROUP, LLC, WILLIAM ELBOGEN, OLD
REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, M.T.M.
REALTY, EXACT ABSTRACT INC., JOHN
DOE #1 THROUGH #10, and XYZ
CORPORATIONS #1 THROUGH #10,

                            Defendants.
------------------------------------------------------------X
```

An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on September 8, 2015, ordering that for the reasons stated orally on the record, the case is dismissed; it is

ORDERED and ADJUDGED that the case is dismissed, for the reasons stated orally on the record.

Dated: Brooklyn, New York  
      September 14, 2015

Douglas C. Palmer  
Clerk of Court

by:    */s/ Janet Hamilton*  
        Deputy Clerk